UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ANDREW LEON ROMACK,**

   **Plaintiff,**

 v.             Civil Action 2:21-cv-00097
                 Chief Judge Algenon L. Marbley
                 Magistrate Judge Jolson

**KILOLO KIJAKAZI, ACTING**
**COMMISSIONER OF SOCIAL**
**SECURITY,**

   **Defendant.**

## ORDER

   This matter is before the Court for consideration of the parties' Joint Motion for Remand to the Commissioner pursuant to Sentence Four of the Social Security Act, 42 U.S.C. § 405(g). (ECF No. 16). The parties move for the entry of a judgment reversing the Commissioner's decision with remand to the Commissioner for further proceedings. The Commissioner will then conduct further proceedings and develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act, issuing a new decision after these proceedings. Accordingly, the decision of the Commissioner is **REVERSED** and this matter is **REMANDED** to the Commissioner and the ALJ under Sentence Four of § 405(g) for further proceedings and judgment is entered for Plaintiff Andrew Leon Romack.

   IT IS SO ORDERED.

                          _____
                          **ALGENON L. MARBLEY**
                          **CHIEF UNITED STATES DISTRICT JUDGE**

**DATED: September 3, 2021**